1
2
3
4
5
6
7
8                              IN THE UNITED STATES DISTRICT COURT
9                             FOR THE EASTERN DISTRICT OF CALIFORNIA
10   KEITH D. TANNEHILL,
11            Petitioner,                          No. CIV S-08-2456 GGH P
12        vs.
13   DARREL ADAMS,
14            Respondent.                          ORDER
15   _____/
16            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of
17   habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma
18   pauperis. In his application, petitioner challenges a conviction issued by the Fresno County
19   Superior Court. Fresno County is part of the Fresno Division of the United States District Court
20   for the Eastern District of California. See Local Rule 3-120(d).
21            Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in
22   the proper division of a court may, on the court's own motion, be transferred to the proper
23   division of the court. Therefore, this action will be transferred to the Fresno Division of the
24   court. This court will not rule on petitioner's request to proceed in forma pauperis.
25   /////
26   /////

                                                   1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. This court has not ruled on petitioner's request to proceed in forma pauperis;

3  2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: 10/29/08

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:ak
tann2456.109

2